**Order entered April 26, 2016**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00100-CR

**MARIA MENDOZA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-35520-R**

## ORDER

Appellant's April 21, 2016 motion to supplement the record on appeal and to hold the briefing schedule in abeyance requests that the record be supplemented with a reporter's record of the pretrial hearing on the admissibility of appellant's oral statements conducted before the first trial of this case. The clerk's record indicates that the pretrial hearing at issue was held on July 21, 2015 in Auxiliary Court No. 8 and reported by court reporter Debi Harris.

Appellant's motion is **GRANTED** to the extent we **ORDER** court reporter Debi Harris to file, within **THIRTY** days of the date of this order, a supplemental reporter's record that will include the July 21, 2015 pretrial hearing on the admissibility of the defendant's oral statements conducted before the first trial of this case. In the event no notes are available to transcribe into

the requested supplemental reporter's record, Harris is **ORDERED** to file a letter stating that the requested supplemental reporter's record cannot be filed.

We **EXTEND** the time to file appellant's brief to **SIXTY** days from the date of this order.

WE **DIRECT** the Clerk of the Court to send a copy of this order by electronic transmission to court reporter Debi Harris and to counsel for the parties.

/s/     LANA MYERS
          JUSTICE